Same case below, 652 F.3d 793.

Same case below, 438 Fed. Appx. 305.

**No. 11-7813. Phillip Robert Hedrich, aka Phillip R. Hedrich, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1124, 181 L. Ed. 2d 1003, 2012 U.S. LEXIS 689.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7814. Juan Carlos Galvan-Magana, aka Juan Carlos Sandoval, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1124, 181 L. Ed. 2d 1003, 2012 U.S. LEXIS 627.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 444 Fed. Appx. 689.

**No. 11-7818. Leonard Gibbs, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1125, 181 L. Ed. 2d 1003, 2012 U.S. LEXIS 606.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 656 F.3d 180.

**No. 11-7819. Luis German Garcia-Fierro, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1125, 181 L. Ed. 2d 1003, 2012 U.S. LEXIS 591.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7820. Custodio Guerra, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1125, 181 L. Ed. 2d 1003, 2012 U.S. LEXIS 680.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 448 Fed. Appx. 888.

**No. 11-7823. Quindell Ford, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1125, 181 L. Ed. 2d 1003, 2012 U.S. LEXIS 651.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 652.

**No. 11-7825. Kevin Mack, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1125, 181 L. Ed. 2d 1003, 2012 U.S. LEXIS 660.

January 17, 2012. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 24 A.3d 664.